**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**RONALD LEE MOORE, JR.,**
**#170722**
                     **Petitioner,**          **CASE NUMBER: 08-12127**
                                              **HONORABLE VICTORIA A. ROBERTS**
**v.**

**CAROL HOWES,**

                     **Respondent.**
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On March 25, 2010, Magistrate Judge Paul J. Komives submitted a Report and

Recommendation (Doc. #19) recommending that the Court DENY Petitioner's Habeas

Corpus Petition.  (Doc. #1).  Because the Court has not received objections from either

party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR

72.1(d)(3), the Magistrate Judge's Report and Recommendation is **ADOPTED**.

The Court **DENIES** Petitioner's Habeas Corpus Petition, and **DENIES** a

certificate of appealability.

        **IT IS ORDERED**.


                          S/Victoria A. Roberts
                          Victoria A. Roberts
                          United States District Judge

Dated:  April 14, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record and Ronald Lee Moore Jr. by electronic means or U.S. Mail on April 14, 2010.

s/Carol A. Pinegar
Deputy Clerk